Wayne A. Mack *(Pro Hac Vice)*
C. Mitchell Goldman *(Pro Hac Vice)*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1152
Facsimile: (215) 689-3595
E-mail: wamack@duanemorris.com
E-mail: cmcgoldman@duanemorris.com

Cyndie M. Chang (SBN 227542)
Audra L. Thompson (SBN 218479)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail: cmchang@duanemorris.com
E-mail: athompson@duanemorris.com
Attorneys for Plaintiff Signature MD, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNATURE MD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MDVIP, INC.,<br><br>Defendants. | Case No.: 2:14-cv-5453<br><br>**DECLARATION OF SARAH M. BRICKNELL IN SUPPORT OF PLAINTIFF SIGNATUREMD'S OPPOSITION TO DEFENDANT MDVIP, INC.'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**<br><br>Date: October 10, 2014<br>Time: 9:30 AM<br>Courtroom No. 7<br><br>Trial Date: None Set |

DM2\5127081.4

1

I, Sarah M. Bricknell, declare and state as follows:

1. I am a partner in and Associate General Counsel to Duane Morris LLP ("Duane Morris"). My business address is 30 S. 17th Street, Philadelphia, Pennsylvania 19103. I am over the age of 18 and competent to make this declaration. The following is based on my direct and personal knowledge or upon my review of the business records of Duane Morris. If called upon and sworn to do so, I could and would testify competently thereto. I submit this declaration in opposition to Defendant MDVIP, Inc.'s ("MDVIP") Motion to Disqualify Plaintiff's Counsel in this case.

2. Duane Morris is a large international law firm. It has more than 700 attorneys, including more than 310 attorneys in its trial department, and over 220 attorneys in its Philadelphia office.

3. Duane Morris has represented SignatureMD, the plaintiff in this case, since 2011 in 18 separate matters involving IP issues, contract disputes, and general corporate matters. Duane Morris is currently representing SignatureMD in a number of matters.

4. SignatureMD retained Duane Morris to represent it in this litigation on or about June 16, 2014.

5. It is Duane Morris's policy to run a conflicts check before starting any new representation.

6. Duane Morris ran a conflicts check before accepting this case. The conflicts check revealed that Duane Morris had previously represented MDVIP in the case styled *Lehigh Valley Physicians Group v. MDVIP, Inc.*, No. 5:10-cv-05413 (E.D. Pa.). It is Duane Morris's standard policy to have any such potential conflict reviewed by conflicts counsel. In this case, Duane Morris's conflicts counsel concluded that there was no conflict because this case is not substantially related to *Lehigh Valley*.

7. Duane Morris has not represented MDVIP since the *Lehigh Valley* case was terminated on August 28, 2012.

DM2\5127081.4

2

DECLARATION OF SARAH M. BRICKNELL IN SUPPORT OF PLAINTIFF SIGNATUREMD'S
OPPOSITION TO DEFENDANT MDVIP, INC.'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

8. Even though there was no conflict, out of an abundance of caution, Duane Morris established an ethical screen on June 18, 2014, to separate the lawyers working on this case from the lawyers who worked on *Lehigh Valley* after ascertaining that no communication regarding either matter had taken place between the lawyers who had worked on either case. The screen:

  a. Prohibits lawyers and staff subject to the screen from written or oral communication regarding any substantive or procedural issue regarding either case with lawyers and staff on the other side of the screen,

  b. Prohibits lawyers and staff on one side of the screen from discussing with or obtaining materials from anyone at Duane Morris regarding the case from which they are screened,

  c. Provides that the physical files associated with each case are conspicuously labeled to indicate that screened attorneys and staff are forbidden from accessing them, and

  d. Provides that the screened lawyers and staff are barred from accessing the electronic files for the case they are screened from.

9. The lawyers who previously represented MDVIP will not share directly in any profits from Duane Morris's representation of SignatureMD in this case. They are compensated according to partnership and compensation agreements that are in no way affected by the outcome of this case.

This declaration is made in accordance with 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 19 September 2014

_____
Sarah M. Bricknell